**Raymon I. DOBBINS, Petitioner–Appellant,**

v.

**Kuma DEBOO, Warden, Respondent–Appellee.**

No. 10–6009.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 20, 2011.

Decided: Feb. 15, 2011.

Raymon I. Dobbins, Appellant Pro Se. Alan McGonigal, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymon I. Dobbins, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dobbins v. Deboo,* No.

2:09–cv–00064–REM, 2009 WL 3584004 (N.D.W.Va. Oct. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*